IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JOSE RIGOBERT IGLESIAS, | : | CIV. NO. 23-2700 (RMB) |
| | : | |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| | : | |
| WARDEN, FCI FORT DIX, | : | |
| | : | |
| | : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about May 18, 2023, Petitioner Jose Rigobert Iglesias, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey ("FCI Fort Dix"), filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, alleging the Bureau of Prisons ("BOP") unlawfully found him ineligible for application of First Step Act ("FSA") Time Credits because he is subject to an immigration detainer. (Docket No. 1.)

2. On August 25, 2023, Respondent submitted a letter brief in lieu of an answer, submitting that the habeas petition is moot because on August 24, 2023, BOP acknowledged Petitioner's eligibility to apply FSA Time Credits. (Declaration of Cyntrena Cross-Peart, Docket No. 7-1, ¶ 8 and Exhibits 2, 3.) Therefore, BOP calculated and applied FSA Time Credits toward Petitioner's release date, advancing his projected release date to May 8, 2026, one year earlier. (*Id.*, ¶ 9; Exhibit 2, Dkt. No. 7-1 at 9.) Respondent contends the habeas petition is moot because the case no longer presents a live case or controversy. (Docket No. 7 at 2.)

3. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

4. Petitioner has received the habeas relief he requested. Therefore, the petition is moot, and the Court will dismiss this matter.

An accompanying Order follows.

DATE: **October 6, 2023**

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        Chief United States District Judge